

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00230-CV

| | | |
|---|---|---|
| James Scott Trimm and Wife Ingrid Trimm | § | From the 96th District Court |
| | § | of Tarrant County (96-249211-10) |
| v. | | |
| | § | July 17, 2014 |
| U.S. Bank, National Association, as Trustee of J.P. Morgan Mortgage Acquisition Corp. 2005-Opt1 | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee U.S. Bank, National Association, as Trustee of J.P. Morgan Mortgage Acquisition Corp. 2005-Opt 1 shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner